**Kenneth Delano BOBBITT,**
**Petitioner–Appellant,**

v.

**Dean WALKER, Respondent–Appellee.**

**No. 01–7190.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Oct. 15, 2001.

Kenneth Delano Bobbitt, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WIDENER, WILKINS, and NIEMEYER, Circuit Judges.

PER CURIAM.

Kenneth Delano Bobbitt appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Bobbitt v. Walker*, No. CA–01–36–5–1–MU (W.D.N.C. filed July 11, 2001; entered July 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*